1  ADRIENNE C. PUBLICOVER (SBN 161432)
   MICHAEL K. BRISBIN (SBN 169495)
2  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA 94105
4  Telephone:   (415) 433-0990
   Facsimile:   (415) 434-1370
5
   Attorneys for Plaintiff
6  **PRINCIPAL LIFE INSURANCE COMPANY**

7

8

9                    UNITED STATES DISTRICT COURT

10         NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

11

12

13 | PRINCIPAL LIFE INSURANCE        ) Case No. C06-07528  JW (HRLx)
   | COMPANY                         )
14 |                                 ) **PLAINTIFF PRINCIPAL LIFE'S**
   |            Plaintiff,           ) **REQUEST FOR DISMISSAL WITH**
15 |                                 ) **PREJUDICE PURSUANT TO FEDERAL**
   |       v.                        ) **RULE CIVIL PROCEDURE 41 (A) (1);**
16 |                                 ) **PROPOSED ORDER**
   | WU ZHAO, CHIA JEN SIAO, CHIA HUA)
17 | SIAO and THE ESTATE OF ELLEN C. )
   | ZHAO, DECEASED.                 )
18 |                                 )
   |            Defendants.          )
19

20 TO:   Wu Zhao
         Wu Zhao as personal representative for the Estate of Ellen C. Zhao
21       Chia Jen Siao
         Chia Hua Siao
22       2661 Evora Drive
23       San Jose, California  95124

24
         Plaintiff, PRINCIPAL LIFE INSURANCE COMPANY, by and through its
25
   attorneys, Wilson, Elser, Moskowitz, Edelman & Dicker LLP respectfully moves
26
27 this Court, pursuant to Federal Rule Civil Procedure 41(a) (1), for an Order

28 voluntarily dismissing this action with prejudice.  This relief is proper as

Plaintiff Principal Life's Request for Dismissal with Prejudice Pursuant to FRCP 41(a) (1); Proposed Order
Case No.: C06-07528 JW (HRLx)
266516.1

1  Defendants Wu Zhao, Wu Zhao as personal representative for the Estate of Ellen

2  C. Zhao, Chia Jen Siao, and Chia Hua Siao, have not answered, although each was

3

4  served with Plaintiff's Summons and Complaint.

5

6

7

8  Dated:  February 20, 2007        WILSON, ELSER, MOSKOWITZ, EDELMAN
                                    & DICKER LLP

9

10

11                                  By: _____
12                                      ADRIENNE C. PUBLICOVER
                                        MICHAEL K. BRISBIN
13                                      Attorneys for Plaintiff
                                        **PRINCIPAL LIFE INSURANCE**
14                                      **COMPANY**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff Principal Life's Request for Dismissal with Prejudice Pursuant to FRCP 41(a) (1);   2
Proposed Order
Case No.:  C06-07528 JW (HRLx)
266516.1

## ORDER

**THIS MATTER** having come before the Court upon the request of the Plaintiff for voluntary dismissal of this action with prejudice pursuant to FRCP 41 (a) (1), and the Court having reviewed Plaintiff's request and submitted Order, and finding no answer of any defendant, including Wu Zhao, Wu Zhao as personal representative of the Estate of Ellen C. Zhao, Chia Jen Siao, and/or Chia Hua Siao, and otherwise being fully advised, now, therefore,

**IT IS HEREBY ORDERED** that this matter be, and hereby is, dismissed with prejudice and without an award of any costs to any party.

February 22, 2007

_____
JAMES WARE
UNITED STATES DISTRICT COURT JUDGE

Plaintiff Principal Life's Request for Dismissal with Prejudice Pursuant to FRCP 41(a) (1); Proposed Order
Case No.: C06-07528 JW (HRLx)
266516.1

3

# PROOF OF SERVICE

I am a citizen of the United States, I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s).

**PLAINTIFF PRINCIPAL LIFE'S REQUEST FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE CIVIL PROCEDURE 41 (A) (1); PROPOSED ORDER**

on the party(ies) identified below, and/or through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

**XX**:   **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

___:   **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the addressee.

___:   **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

___:   **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

| Wu Zhao<br>2661 Evora Drive<br>San Jose, CA 95124<br>***Defendant*** | Chia Jen Siao<br>2661 Evora Drive<br>San Jose, CA 95124<br>***Defendant*** |
|---|---|
| Wu Zhao<br>2661 Evora Drive<br>San Jose, CA 95124<br>***Representative of The Estate of Ellen C. Zhao, Defendant*** | Chia Hua Siao<br>2661 Evora Drive<br>San Jose, CA 95124<br>***Defendant*** |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **February 21, 2007**, at San Francisco, California.

*/s/ Joya Yeung*

Plaintiff Principal Life's Request for Dismissal with Prejudice Pursuant to FRCP 41(a) (1); Proposed Order
Case No.: C06-07528 JW (HRLx)
266516.1

4